

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00379-CR

_____

GUY SALONE, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1769300

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Guy Salone attempts to appeal from his conviction for manufacture or delivery of a controlled substance of more than one gram but less than four grams. Appellant pleaded guilty to that lesser-included offense[1] in exchange for the State's waiving multiple other counts and the habitual-offender notice and recommending a four-year sentence. The trial court sentenced Appellant in accordance with the plea recommendation. The trial court signed a certification of Appellant's right to appeal in which it certified that this is "a plea-bargain case, and the defendant has NO right of appeal." Appellant and his counsel signed the certification. Nonetheless, Appellant filed a notice of appeal.[2]

On November 22, 2024, we sent a letter to Appellant and his appointed counsel that informed them of the statement in the certification and that explained that unless Appellant filed a response showing grounds for continuing the appeal by December 2, 2024, the appeal could be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. We received no response. Thus, in accordance with the trial court's certification that Appellant has no right to appeal, we dismiss the appeal. *See* Tex. R. App. P.

---

[1]He was charged with manufacture or delivery of a controlled substance of more than four grams but less than 200 grams.

[2]The following week, Appellant filed a "Notice to Disregard Appella[nt's] Decision to Appeal Case," stating that he had made a conscious decision to not pursue an appeal in this case. His notice did not, however, comply with Texas Rule of Appellate Procedure 42.2, which specifically governs how to voluntarily dismiss a criminal case. *See* Tex. R. App. P. 42.2.

25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Carter v. State*, No. 02-15-00243-CR, 2015 WL 6394158, at *1 (Tex. App.—Fort Worth Oct. 22, 2015, no pet.) (per curiam) (mem. op., not designated for publication).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  December 19, 2024